UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# SUPPLEMENTAL ELECTRONIC NOTICE OF CIVIL APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on 10/10/2017 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Binghamton Clerk's Office if you need any of the following documents:

Docket No.(s): ___

> IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Binghamton, New York, this 2nd day of August, 2019.
>
> John M. Domurad, Clerk
> U.S. District Court
>
>
> By:   s/Kathy Rogers
>       Deputy Clerk

## Case Information

Case Name & Case No.   Jesus Ferreira v. City of Binghamton   3:13-cv-107 (TJM/ATB)
Docket No. of Appeal:   207
Document Appealed:   204 and 205

Fee Status:   Paid X     Due ___     Waived (IFP/CJA)___
 IFP revoked ___     Application Attached ___     IFP pending before USDJ ___

Counsel:   Retained X   Pro Se ___

Time Status:   Timely ___     Untimely ___

Motion for Extension of Time:   Granted ___   Denied ___

Certificate of Appealability:   Granted ___   Denied ___   N/A ___

State Court Papers are being sent by UPS as of: _____