**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of October, two thousand twenty-two.

Before:     Debra Ann Livingston,
            *Chief Judge,*

_____

Jesus Ferreira,

      Plaintiff - Appellant,

v.

City of Binghamton, Kevin Miller, Police Officer,

      Defendants - Appellees,

City of Binghamton Police Department, Joseph Zikuski, as Police Chief of the Binghamton Police Department, John Does 1 Through 10, whose names are fictitious and identities are not currently known, John Spano, Police Sergeant, Larry Hendrickson, Police Sergeant, Robert Burnett, Police Sergeant,

      Defendants.

_____

**ORDER**

Docket No. 17-3234

Appellant moves to withdraw this appeal because the parties have settled the matter.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/05/2022